◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP SMITH, Also Known as PHILIP SMITH, Appellant. [816

NYS2d 397]—Judgment, Supreme Court, New York County (Charles H. Solomon, J.), rendered December 7, 2004, unanimously affirmed. No opinion. Order filed. Concur—Buckley, P.J., Tom, Friedman, Nardelli and McGuire, JJ.